Henry Tripp, defendant in error, v. Village of Goreville, plaintiff in error.

Action for the death of plaintiff's horse caused by injuries received when it stepped in a hole on premises rented by the village to be used by the public as a hitching place for horses. Judgment for

plaintiff. Error to the County Court of Johnson county; the Hon. John O. Cowan, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed April 28, 1922.

Spann & Spann, for plaintiff in error. O. R. Morgan, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.